

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2018

No. 04-18-00199-CV

**IN THE INTEREST OF N.C.F., ET AL CHILDREN**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-11406
Honorable Richard E. Price, Judge Presiding

# O R D E R

On July 20, 2018, we received notification from the trial court reporter advising us that she has received approximate payment for preparation of the reporter's record on July 19, 2018. Accordingly, the reporter's record is due on or before August 18, 2018. Appellant's brief is due thirty days after the reporter's record is filed.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court